## SECOND DEPARTMENT, MAY TERM, 1891.

Matter of Petition for Revocation of Probate of Will of William Watson, the Younger.—Motion denied, with ten dollars costs. Opinion by Barnard, P. J.

David D. Weaver, by Guardian, Respondent, v. John N. Bullis, Appellant.—Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Matter of Estate of William L. Denton. — Motion denied, without costs. Opinion by Dykman, J.

The People of the State of New York, Appellant, v. Reuben Tanner, Respondent. — Judgment affirmed, with costs. Opinion by Pratt, J.

Ackerly & Gerard Company, Respondent, v. Charles Portz, Appellant. — Order affirmed, with costs and disbursements. Opinion by Barnard, P. J.

Henry C. Griffin, Appellant, v. John A. Todd, Respondent. — Judgment affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

Wingfield S. Velsor v. James W. Eaton. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

John J. Mulligan v. The Long Island Railroad Company. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Albert C. Smith, Appellant, v. Herbert J. Fowler, Respondent. — Order affirmed, with costs and disbursements. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Henry Schwenk v. William Widemeyer. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

George E. Russell v. Frederick B. Bardes. — Judgment and order allowing costs affirmed, with costs. Opinion by Pratt, J.

James Thompson v. Henry D. Leslie — Judgment affirmed, with costs. Opinion by Barnard, P. J.

Matter of Estate of Simeon Watts, Deceased. — Appeal dismissed and order affirmed, with costs, for not filing papers according to stipulation.

William Watson, Appellant, v. Albert Benz. Respondent. - - Order affirmed, with costs and disbursements. Opinion by Pratt, J.

William Hughes, Receiver, v. Alexander C. McKenzie. — Order modified in accordance with opinion; order to be settled by Judge Pratt. Opinion by Pratt, J.

William Ziegler, Respondent, v. Alfred C. Chapin and others, Appellants. - - Order affirmed, with costs. Opinion by Barnard, P. J.

The People of the State of New York ex rel. v. The Mayor, etc., of Yonkers. — Order affirmed, with costs and disbursements. Opinion by Pratt, J.; Dykman, J., not sitting.

Hannah Bennett v. Village of Sing Sing. — Judgment affirmed, with costs. Opinions by Barnard, P. J., and Dykman, J.

William D. Briggs, v. Casper Lawson. — Judgment of County Court affirmed, with costs. Opinion by Dykman, J.

Lewis R. Stegman, Respondent, v. Henry S. Hollingsworth, etc., Appellant. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

Oliver Downs, Appellant, v. Maria Wells, as Administratrix. — Judgment affirmed, with costs. Opinion by Dykman, J.

The Board of Health of the Village of New Rochelle, Plaintiff, v. Eugenia Valentine, Defendant. — Judgment affirmed, with costs. Opinion by Pratt, J.

Matter of Estate of John M. Whittemore, Deceased. — Part of decree appealed from affirmed, with costs. Opinion by Pratt, P. J.

Ludlow W. Valentine, an Infant, etc., Appellant, v. Matilda A. Richardt, Respondent. — Judgment reversed and new trial granted, costs to abide event. Opinion by Dykman, J.

George V. Brown, as Receiver, etc., Respondent, v. Joseph D. Baucus, Appellant. — Order affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., not sitting.

The People of the State of New York ex rel. Mansfield Compten, Appellant, v. Elbert Hegeman, Treasurer, etc., Respondent. — Order affirmed, with costs. Opinion by Dykman, J.

Gideon F. Smith v. W. Frank Smith. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

John C. Orr and others, Respondents, v. St. Anthony's Roman Catholic Church, Appellant. — Judgment affirmed, with costs. Opinion by Pratt, J.

Mary Clemans, Respondent, v. Supreme Assembly Royal Society of Good Fellows, Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

James F. Gillen, Respondent, v. Hamlin Babcock, Appellant. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

Henry C. Henderson, Respondent, v. William McReynolds, Appellant. — Order granting new trial reversed and judgment given on verdict. Opinion by Pratt, J.; Dykman, J., not sitting.

Thomas Kitson, Respondent, v. Sarah F. Blake, Appellant.

Thomas Kitson, Respondent, v. Frederick D. Blake, Appellant. — Order denying motion to set aside judgment and open default affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

Charles McLaren, Respondent, v. Thomas Stokes and others, Appellants. — Judgment affirmed, with costs. Opinion by Barnard, P. J.; Pratt, J., not sitting.

Daniel W. Tallmadge, Plaintiff, v. Press Publishing Company, Defendant. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J ; Pratt, J., not sitting.

William H. Boggs, Respondent, v. Theodore S. Bird and another, Appellants. — Judgment affirmed, with costs. Opinion by Dykman, J.

Amanda Palmeri, Respondent, v. The Manhattan Railway Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Oscar W. Hommert, Appellant and Respondent, v. Patrick J. Gleason, Respondent and Appellant. — Judgment sustaining demurrer to complaint affirmed, with costs; order striking out words "on the merits" from findings and interlocutory judgment reversed, with costs and disbursements. Opinion by Dykman, J.

David Miller, Respondent, v. Benjamin Wright, Appellant. — Appeal dismissed, with costs and judgment with costs. Opinion by Barnard, P J.

In the Matter of the Probate of the Alleged Will of Peter Paul Mahoney. — Motion denied.

George C. Tidden and others, Respondents. v. William Raab and another, Executors, etc., Appellants. — Judgment affirmed, with costs. Opinion by Dykman, J. ; Pratt, J., not sitting.

The People of the State of New York, Respondent, v. Henry A. Cassidy, Appellant. — Conviction and judgment affirmed. Opinion by Pratt, J.

Bridget Meyer v. Daniel Hunt. — Judgment reversed and new trial granted at circuit. Opinion by Barnard, P. J.

Frederick Loeser, Appellant, v. Herman Liebmann and others, Respondents. — Judgments and orders appealed from affirmed, with costs. Opinion by Dykman, J. ; Pratt, J., not sitting.

William I. Thorn, Appellant and Respondent, v. Oliver T. Beard, Respondent and Appellant. — Judgment affirmed, with costs. Opinion by Pratt, J. ; Barnard, P. J., not sitting.

In the Matter of the Claim of Frank Harris,